IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER E. HENDRICKSON, | ) | |
| Plaintiff, | ) | 8:06cv345 |
| vs. | ) | MEMORANDUM AND ORDER |
| UNITED STATES, | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 1, the Petition to Quash Summons filed by the plaintiff, Peter E. Hendrickson, and filing no. 4, the Response filed by the defendant, the United States on behalf of the Internal Revenue Service ("IRS"). The Response explains the factual and legal basis, from the defendant's perspective, for denying the petition to quash the third-party summons issued by the IRS to the First National Bank of Omaha.

Accordingly, the plaintiff shall have until June 30, 2006 to reply to the defendant's Response, after which this matter will be submitted for decision to Chief Judge Joseph F. Bataillon, United States District Judge.

SO ORDERED.

DATED this 20th day of June, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge